UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DHAHIR MUHASIN AL SALMAN #A071-673-585** | **CASE NO. 6:18-CV-00281 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **JEFFERSON B SESSIONS III ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Salman's habeas petition be **DISMISSED AS MOOT**.

THUS DONE in Chambers on this 8th day of February, 2019.

Michael J. Juneau
United States District Judge